[No. 29044-4-I.  Division One.  March 8, 1993.]

KELLY R. MECKNA, *Appellant*, v. JASON R. OPHEIM,
ET AL, *Defendants*, DAVID CHENKOVICH,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 89-2-18146-1, J. Kathleen Learned, J., entered
July 15, 1991. *Affirmed* by unpublished opinion per Coleman,
J., concurred in by Forrest and Kennedy, JJ.

[No. 30296-5-I.  Division One.  March 8, 1993.]

THE CITY OF MERCER ISLAND, *Respondent*, v. M. BRUCE
ANDERSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 90-2-14875-1, Sharon S. Armstrong, J., entered
February 18, 1992. *Affirmed* by unpublished opinion per Agid,
J., concurred in by Webster, C.J., and Coleman, J.

[No. 29296-0-I.  Division One.  March 8, 1993.]

MICHAEL ALPER, *Appellant*, v. SWEDISH HOSPITAL,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 88-2-06616-7, James D. McCutcheon, Jr., J.,
entered September 9, 1991. *Affirmed* by unpublished opinion
per Kennedy, J., concurred in by Webster, C.J., and Agid, J.

[No. 29443-1-I.  Division One.  March 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. PONDEXTER
BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 91-1-00534-1, Richard J. Thorpe, J.,
entered October 30, 1991. *Affirmed* by unpublished per
curiam opinion.